PEOPLE V MONNAN, No. 138159; Court of Appeals No. 276895.

TIME OUT, LLC V NEW BUFFALO TOWNSHIP, No. 138160; Court of Appeals No. 278916.

LUTCHMAN V FAST DECKS, INC, No. 138167; Court of Appeals No. 287445.

PEOPLE V KEEL, No. 138169; Court of Appeals No. 288931.

PEOPLE V BOYD, No. 138170; Court of Appeals No. 288662.

PEOPLE V JAMES RAY, No. 138176; Court of Appeals No. 273541.

FAIR V MOODY, No. 138186; Court of Appeals No. 278906.
CAVANAGH, J., did not participate due to a familial relationship with counsel of record.

PEOPLE V COCHRAN, No. 138189; Court of Appeals No. 279970.

BEACHUM V DEPARTMENT OF LABOR & ECONOMIC GROWTH, No. 138223; Court of Appeals No. 287222.

PEOPLE V STALEY, No. 138234; Court of Appeals No. 280081.

PEOPLE V RAY, No. 138300; Court of Appeals No. 280730.

FLAGSTAR BANK V DILORENZO, No. 138301; Court of Appeals No. 289856.


*Leave to Appeal Denied April 28, 2009:*

LOMBARDO V ASKAR, No. 138162; Court of Appeals No. 289492.

PEOPLE V LOMAX, No. 138205; Court of Appeals No. 284526.


*Reconsiderations Denied April 28, 2009:*

PEOPLE V JAMES SIMPSON, No. 135932. Leave to appeal denied at 483 Mich 886. Court of Appeals No. 280279.

PEOPLE V BECHTOL, No. 136470; Leave to appeal denied at 482 Mich 1030. Court of Appeals No. 280131.

PEOPLE V BAEZ, No. 136570; Leave to appeal denied at 482 Mich 1032. Court of Appeals No. 280564.

KNIGHT ENTERPRISES, INC V FAIRLANE CAR WASH, INC, No. 136787. Summary Disposition entered at 482 Mich 1006. Court of Appeals No. 276838.
CAVANAGH, J., did not participate due to a familial relationship with counsel of record.